# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BILLIE MONROE | § | |
| | § | |
| v. | § | Case No. 2:11-CV-329-JRG |
| | § | |
| WALMART STORES TEXAS LLC | § | |

**December 14, 2012**
**MEDIATION MINUTES**

**OPEN:  9:00 a.m..**                                                                    **ADJOURNED  2:12 p.m.**

ATTORNEY FOR PLAINTIFF:           Mark McMahon

ATTORNEY FOR DEFENDANT:        Brandon Cogburn

COURTROOM DEPUTY:                     Jan Lockhart

The case settled at mediation.  The terms of the settlement are confidential.