IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BILLIE MONROE | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:11-CV-329 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| Defendant | § | |

## AGREED ORDER OF DISMISSAL

On this day, came on to be heard the Joint Motion of Plaintiff and Defendant to dismiss the above entitled and numbered cause for the reason that all matters in controversy between Plaintiff, Billie Monroe, and Defendant, Wal-Mart Stores Texas, LLC, have been compromised and settled, and the Court being of the opinion that same should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** by the Court that this cause be dismissed **with prejudice** to any parties' right to re-file the same, and that costs will be paid by the party incurring the same.

**So ORDERED and SIGNED this 14th day of January, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:


   /s/ Mark P. McMahon    (w/permission)
Mark P. McMahon, Attorney for Plaintiff


  /s/ Brandon Cogburn
Brandon Cogburn, Attorney for Defendant